# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 02-1872

———————

Cynthia D. Fox,                              *
                                             *
        Appellant,                 *    Appeal from the United States
                                             *    District Court for the
    v.                               *    Eastern District of Arkansas.
                                             *
Jo Anne B. Barnhart, Commissioner,           *    [UNPUBLISHED]
Social Security Administration,              *
                                             *
        Appellee.                  *

———————

Submitted:  December 3, 2002
Filed:  December 6, 2002

———————

Before LOKEN, BYE, and RILEY, Circuit Judges.

———————

PER CURIAM.

Cynthia Fox appeals the district court's[1] decision affirming the Commissioner's denial of disability insurance benefits. Fox withdraws her argument that the Commissioner's decision is not supported by substantial evidence, and argues for reversal only that the administrative law judge (ALJ) committed legal error by failing

---

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

to mention certain medical professionals and their diagnoses. Having carefully reviewed the record, it is apparent to us that any deficiency in opinion-writing by the ALJ in this case had no practical effect on the outcome and does not constitute a sufficient reason for setting aside the administrative decision. See Senne v. Apfel, 198 F.3d 1065, 1067 (8th Cir. 1999). Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.